1 BENJAMIN B. WAGNER
United States Attorney
2 JASON HITT
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone:  (916) 554-2751

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Mag. No. 2:13-mj-0021 EFB
                                    )
12              Plaintiff,          )   STIPULATION AND ~~[PROPOSED]~~
                                    )   ORDER CONTINUING
13         v.                       )   PRELIMINARY HEARING AND
                                    )   EXCLUDING TIME
14 OMAR VERA, et al.,               )
                                    )
15              Defendants.         )
   _____)

16

17     IT IS HEREBY STIPULATED by and between Assistant United States

18 Attorney Jason Hitt, counsel for the plaintiff United States of

19 America, and defendant Omar VERA, by and through his counsel Michael

20 Petrik, Esq., defendant Jose MORALES-CASTELLON, by and through his

21 counsel Kyle Knapp, Esq., defendant Jose ANAYA, by and through his

22 counsel Michael Hansen, Esq., and defendant Eduardo REYES, by and

23 through his counsel Ron Peters, Esq., that good cause exists to

24 extend the preliminary hearing currently set for February 11, 2013,

25 at 2:00 p.m. to February 19, 2013, pursuant to Federal Rule of

26 Criminal Procedure 5.1(d).

27     Good cause exists to extend the time for the preliminary

28 hearing within meaning of Rule 5.1(d) because each defendant has

been provided initial discovery, including audio and video evidence,
as well as written reports from meetings alleged in the Criminal
Complaint.  For these reasons, the defendant agrees that a
continuance of the preliminary hearing date will not prejudice them.

The parties further stipulate that the ends of justice are
served by the Court excluding time from February 11, 2013, to
February 19, 2013, so that counsel for each defendant may have
reasonable time necessary for effective preparation of the defense,
taking into account the exercise of due diligence.  18 U.S.C.
§ 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs
additional time to review the discovery and engage in discussions
with the government regarding possible resolution of the case
against each defendant, effectively evaluate the posture of the
case, and conduct further investigation into mitigation of the each
defendant's federal sentencing exposure.  Id.  For these reasons,
each defendant and their defense counsel, as well as the government
stipulate and agree that the ends of justice outweigh the best
interest of the public and the defendant in a speedy trial.  18
U.S.C. § 3161(h)(7)(A); Local Code T4.


DATED: February 6, 2013          /s/Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

DATED: February 6, 2013          /s/Jason Hitt for Mr. Petrik
                                 MICHAEL PETRIK, ESQ.
                                 Counsel for defendant
                                 OMAR VERA
                                 Authorized to sign for Mr.
                                 Petrik on 02-06-13

1  DATED: February 6, 2013                    /s/Jason Hitt for Mr. Knapp
2                                             KYLE KNAPP, ESQ.
                                              Counsel for defendant
3                                             JOSE MORALES-CASTELLON
                                              Authorized to sign for Mr.
4                                             Knapp on 02-06-13

5  DATED: February 6, 2013                    /s/Jason Hitt for Mr. Hansen
6                                             MICHAEL HANSEN, ESQ.
                                              Counsel for defendant
7                                             JOSE ANAYA
                                              Authorized to sign for Mr.
8                                             Hansen on 02-06-13

9  DATED: February 6, 2013                    /s/Jason Hitt for Mr. Peters
10                                            RON PETERS, ESQ.
                                              Counsel for defendant
11                                            EDUARDO REYES
                                              Authorized to sign for Mr.
12                                            Peters on 02-06-13

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O R D E R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1.   The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Vera, et al.</u>, Mag. No. 2:13-mj-0021 EFB, from February 11, 2013, to February 19, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2.   Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, time under the Speedy Trial Act shall be excluded from February 11, 2013, up to and including February 19, 2013.


   **IT IS SO ORDERED.**

DATE: February 7, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

4