Michael E. Hansen [SBN 191737]
Attorney at Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
JOSE ANAYA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

OMAR VERA, et al.,

Defendants.

No. 2:13-CR-00053 MCE

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Michael Petrik, Jr., attorney for defendant Omar Vera; Kyle Knapp, attorney for defendant Jose Castellon; Michael Hansen, attorney for defendant Jose Anaya; and Ronald Peters, attorney for defendant Eduardo Reyes, that the previously-scheduled status conference date of March 28, 2013, be vacated and the matter set for status conference on July 11, 2013, at 9:00 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, March 25, 2013, to and including July 11, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: March 25, 2013

Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JOSE ANAYA

Dated: March 25, 2013

DANIEL J. BRODERICK
Federal Defender

By: /s/ Michael E. Hansen for
MICHAEL PETRIK, JR.
Attorney for Defendant
OMAR VERA

Dated: March 25, 2013

/s/ Michael E. Hansen for
KYLE KNAPP
Attorney for Defendant
JOSE CATELLON

Dated: March 25, 2013

/s/ Michael E. Hansen for
RONALD PETERS
Attorney for Defendant
EDUARDO REYES

Dated: March 25, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court

specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 25, 2012, to and including July 11, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the March 28, 2013, status conference shall be continued until July 11, 2013, at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: March 27, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE