1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            )   Case No. 13-cr-0053 MCE
                                         )
11                  Plaintiff,           )   STIPULATION AND  ORDER TO CONTINUE
                                         )   STATUS CONFERENCE TO FEBRUARY 27,
12         v.                            )   2014, AT 9:00 A.M.
                                         )
13  OMAR VERA, JOSE MORALES              )   Date:   January 30, 2014
    CASTELLON, JOSE ANAYA,               )   Time:   9:00 a.m.
14  EDUARDO REYES,                       )   Judge:  Honorable Morrison C. England, Jr.
                                         )
15                  Defendant.           )
    _____

16

17          The parties stipulate, through respective counsel, that the Court should continue the status

18  conference set for January 30, 2014, at 9:00 a.m., to February 27, 2014, at 9:00 a.m.

19          Defense counsel require the continuance to consult with their clients about discovery, and

20  to conduct investigation.  Defense counsel also require further time to meet and consult with

21  each other.  In addition, the government will propound proposed plea agreements for the defense

22  to consider.

23          Counsel and the defendants agree that the Court should exclude the time from January

24  30, 2014, through February 27, 2014, when it computes the time within which trial must

25  commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

26  / / /

27  / / /

28

    Stipulation to Continue                    -1-                              13-53 MCE

1    Counsel and the defendants also agree that the ends of justice served by the Court

2   granting this continuance outweigh the best interests of the public and the defendants in a speedy

3   trial.

4   DATED: January 28, 2014                    HEATHER E. WILLIAMS
                                                Federal Defender
5
                                                /s/ M.Petrik_____
6                                               MICHAEL PETRIK, Jr.
                                                Assistant Federal Defender
7                                               Attorneys for Mr. Vera

8

9   DATED: January 28, 2014

10                                              /s/ M.Petrik for_____
                                                KYLE RODGER KNAPP
11                                              Attorney for Mr. Castellon

12

13  DATED: January 28, 2014

14                                              /s/ M.Petrik for_____
                                                MICHAEL E. HANSEN
15                                              Attorney for Mr. Anaya

16

17  DATED: January 28, 2014

18                                              /s/ M.Petrik for_____
19                                              RONALD JAMES PETERS
                                                Attorney for Mr. Reyes
20

21  DATED: January 28, 2014                     BENJAMIN B. WAGNER
22                                              United States Attorney

23                                              /s/ M.Petrik for_____
                                                JASON HITT
24                                              Assistant U.S. Attorney

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for February 27, 2014, at 9:00 AM. The Court orders the time from the date of the parties stipulation, up to and including February 27, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:  January 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT