KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
JOSE MORALES CASTELLON

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:13-CR-0053-MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER CONTINUING CASE AND |
| | ) EXCLUDING TIME |
| v. | ) |
| | ) |
| | ) Date:  April 10 2014 |
| OMAR VERA, | ) Time:  9:00am. |
| JOSE MORALES CASTELLON, | ) Judge:  Honorable Morrison C. England |
| JOSE ANAYA, | ) |
| EDUARDO REYES. | ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, together with Assistant Federal Defender Michael Petrik, attorney for defendant Omar Vera, Kyle Knapp, attorney for defendant Jose Morales Castellon, Michael Hanson, attorney for Jose Anaya and Ron Peters, attorney for defendant Eduardo Reyes, that the previously-scheduled status conference, currently set for February 27, 2014, be vacated and that the matter be set for status conference on April 10, 2014 at 9:00 a.m.

Counsel have conferred and this continuance is requested to allow defense counsel additional time to receive and review possible plea agreements in this case, conduct defense investigation and further review the discovery in this matter.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, February 25, 2014 up to and including April 10, 2014.

IT IS SO STIPULATED.

Dated:  February 25, 2014

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

by:     /s/ Jason Hitts
        JASON HITT
        Assistant U.S. Attorney
        Attorney for Plaintiff

Dated:  February 25, 2014

/s/ Kyle Knapp
KYLE KNAPP
Attorney for Defendant
JOSE MORALES CASTELLON

Dated:  February 25, 2014

/s/ Michael Petrik
MICHAEL PETRIK
Assistant Federal Defender
Attorney for Defendant
OMAR VERA

Dated: February 25, 2014

/s/ Michael Hanson
MICHAEL HANSON
Attorney for Defendant
JOSE ANAYA

Dated: February 25, 2014

/s/ Ron Peters
RON PETERS
Attorney for Defendant
EDUARDO REYES

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's February 25, 2014 criminal calendar and re-calendared for status conference on April 10, 2014.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on February 25, 2014 through and including April 10, 2014.

**IT IS SO ORDERED**.

Dated:  February 26, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT