HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-00053-MCE |
|---|---|---|
| Plaintiff, | ) ) ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 31, AT 9:00 A.M. |
| v. | ) | |
| OMAR VERA, JOSE MORALES CASTELLON, JOSE ANAYA, EDUARDO REYES, | ) ) ) ) | Date:   June 19, 2014<br>Time:   9:00 a.m.<br>Judge:  Honorable Morrison C. England, Jr. |
| Defendants. | ) | |

   The parties stipulate, through respective counsel, that the Court should continue the status conference set for June 19, 2014, at 9:00 a.m., to July 31, 2014, at 9:00 a.m.

   Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation.  Defense counsel also require further time to meet and consult with each other.  In addition, the government will propound proposed plea agreements for the defense to consider.

   Counsel and the defendants agree that the Court should exclude the time from the date of this order through July 31, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED:  June 16, 2014                         HEATHER E. WILLIAMS
                                              Federal Defender

                                              /s/ M.Petrik_____
                                              MICHAEL PETRIK, Jr.
                                              Assistant Federal Defender
                                              Attorneys for Mr. Vera


DATED:  June 16, 2014

                                              /s/ M.Petrik for_____
                                              KYLE RODGER KNAPP
                                              Attorney for Mr. Castellon


DATED:  June 16, 2014

                                              /s/ M.Petrik for_____
                                              MICHAEL E. HANSEN
                                              Attorney for Mr. Anaya


DATED:  June 16, 2014

                                              /s/ M.Petrik for_____
                                              RONALD JAMES PETERS
                                              Attorney for Mr. Reyes


DATED:  June 16, 2014                         BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ M.Petrik for_____
                                              JASON HITT
                                              Assistant U.S. Attorney

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for July 31, 2014, at 9:00 a.m. The Court orders the time from the date of this order, up to and including July 31, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: June 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT