HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-53 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 28, AT 9:00 A.M. |
| v. | ) ) | |
| OMAR VERA, JOSE MORALES CASTELLON, JOSE ANAYA, EDUARDO REYES, | ) ) ) ) | Date:   July 31, 2014<br>Time:   9:00 a.m.<br>Judge:  Honorable Morrison C. England, Jr. |
| Defendant. | ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for July 31, 2014, at 9:00 a.m., to August 28, 2014, at 9:00 a.m.

Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation.  Defense counsel also require further time to meet and consult with each other.  In addition, the government will propound proposed plea agreements for the defense to consider.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through August 28, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

///

///

1  Counsel and the defendants also agree that the ends of justice served by the Court
2  granting this continuance outweigh the best interests of the public and the defendants in a speedy
3  trial.

4  DATED: July 29, 2014  HEATHER E. WILLIAMS
 Federal Defender
5
 /s/ M.Petrik
6  MICHAEL PETRIK, Jr.
 Assistant Federal Defender
7  Attorneys for Mr. Vera
8

9  DATED: July 29, 2014
10
 /s/ M.Petrik for
11  KYLE RODGER KNAPP
 Attorney for Mr. Castellon
12

13  DATED: July 29, 2014
14
 /s/ M.Petrik for
15  MICHAEL E. HANSEN
 Attorney for Mr. Anaya
16

17  DATED: July 29, 2014
18
 /s/ M.Petrik for
19  RONALD JAMES PETERS
 Attorney for Mr. Reyes
20

21  DATED: July 29, 2014  BENJAMIN B. WAGNER
 United States Attorney
22

23  /s/ M.Petrik for
 JASON HITT
24  Assistant U.S. Attorney

25
26
27
28

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for August 28, 2014, at 9:00 a.m. The Court orders the time from the date of this order, up to and including August 28, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:  August 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT