HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OMAR VERA, JOSE MORALES CASTELLON, EDUARDO REYES,<br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:13-cr-00053-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 25, AT 9:00 A.M.<br><br>Date:　September 4, 2014<br>Time:　9:00 a.m.<br>Judge:　Honorable Morrison C. England, Jr. |
|---|---|---|

　　　The parties stipulate, through respective counsel, that the Court should continue the status conference set for September 4, 2014, at 9:00 a.m., to September 25, 2014, at 9:00 a.m.

　　　Defense counsel require the continuance to consult with their clients about proposed plea agreements, and to negotiate with the government.

　　　Counsel and the defendants agree that the Court should exclude the time from the date of this order through September 25, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

1    Counsel and the defendants also agree that the ends of justice served by the Court
2    granting this continuance outweigh the best interests of the public and the defendants in a speedy
3    trial.

4    DATED:  September 3, 2014          HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/ M.Petrik_____
                                         MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender
                                         Attorneys for Mr. Vera


     DATED:  September 3, 2014

                                         /s/ M.Petrik for_____
                                         KYLE RODGER KNAPP
                                         Attorney for Mr. Castellon


     DATED:  September 3, 2014

                                         /s/ M.Petrik for_____
                                         RONALD JAMES PETERS
                                         Attorney for Mr. Reyes


     DATED:  September 3, 2014          BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ M.Petrik for_____
                                         JASON HITT
                                         Assistant U.S. Attorney


**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court

1  finds that the ends of justice served by granting the continuance outweigh the best interests of the
2  public and defendants in a speedy trial.
3     The Court orders the status conference rescheduled for September 25, 2014, at 9:00 a.m.
4  The Court orders the time from the date of this order, up to and including September 25, 2014,
5  excluded from computation of time within which the trial of this case must commence under the
6  Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.
7     IT IS SO ORDERED.
8  Dated: September 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT