HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-00053-MCE |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) ) ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 30, AT 9:00 A.M. |
| v. | | |
| OMAR VERA, JOSE MORALES CASTELLON, EDUARDO REYES, | | Date:   September 25, 2014<br>Time:   9:00 a.m.<br>Judge:  Honorable Morrison C. England, Jr. |
| Defendant. | | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for September 25, 2014, at 9:00 a.m., to October 30, 2014, at 9:00 a.m.

Defense counsel require the continuance to consult with their clients about proposed plea agreements, and to negotiate with the government.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through October 30, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

1    Counsel and the defendants also agree that the ends of justice served by the Court
2    granting this continuance outweigh the best interests of the public and the defendants in a speedy
3    trial.

4    DATED:  September 23, 2014          HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ M.Petrik_____
6                                         MICHAEL PETRIK, Jr.
                                          Assistant Federal Defender
7                                         Attorneys for Mr. Vera

9    DATED:  September 23, 2014

                                          /s/ M.Petrik for_____
11                                        KYLE RODGER KNAPP
                                          Attorney for Mr. Castellon

13   DATED:  September 23, 2014

                                          /s/ M.Petrik for_____
15                                        RONALD JAMES PETERS
                                          Attorney for Mr. Reyes

17   DATED:  September 23, 2014          BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ M.Petrik for_____
                                          JASON HITT
20                                        Assistant U.S. Attorney

22                                       **ORDER**

24        The Court, having received, read, and considered the stipulation of the parties, and good
25   cause appearing, ADOPTS the stipulation in its entirety as its order.  The Court specifically finds
26   that the failure to grant a continuance in this case would deny defense counsel reasonable time
27   necessary for effective preparation, taking into account the exercise of due diligence.

1   The Court finds that the ends of justice served by granting the continuance outweigh the best
2   interests of the public and defendants in a speedy trial.
3       The Court orders the status conference RESCHEDULED for October 30, 2014, at 9:00
4   a.m.  The Court orders the time from the date of this order, up to and including October 30, 2014,
5   EXCLUDED from computation of time within which the trial of this case must commence under
6   the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.
7       IT IS SO ORDERED.
8   Dated:  September 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT