HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-00053 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 4, AT 9:00 A.M. |
| v. | ) ) | |
| OMAR VERA, JOSE MORALES CASTELLON, EDUARDO REYES, | ) ) ) | Date:  October 30, 2014<br>Time:  9:00 a.m.<br>Judge: Honorable Morrison C. England, Jr. |
| Defendants. | ) ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for October 30, 2014, at 9:00 a.m., to December 4, 2014, at 9:00 a.m.

Defense counsel require the continuance to consult with their clients about proposed plea agreements, and to negotiate with the government. Counsel for Mr. Castellon has limited availability because he has started an homicide trial in Superior Court.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through December 4, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

///

///

///

1   Counsel and the defendants also agree that the ends of justice served by the Court
2   granting this continuance outweigh the best interests of the public and the defendants in a speedy
3   trial.

4   DATED: October 28, 2014          HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ M.Petrik_____
6                                     MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender
7                                     Attorneys for Mr. Vera

9   DATED: October 28, 2014

                                      /s/ M.Petrik for_____
                                      KYLE RODGER KNAPP
11                                    Attorney for Mr. Castellon

13  DATED: October 28, 2014

                                      /s/ M.Petrik for_____
15                                    RONALD JAMES PETERS
                                      Attorney for Mr. Reyes

17  DATED: October 28, 2014          BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ M.Petrik for_____
                                      JASON HITT
20                                    Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties (ECF No. 47), and good cause appearing, ADOPTS the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court ORDERS that the status conference for Defendants Omar Vera, Jose Morales Castellon, and Eduardo Reyes is RESCHEDULED for December 4, 2014, at 9:00 a.m. The Court ORDERS the time from the date of this order, up to and including December 4, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:  October 29, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT