1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-53 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO APRIL 23, 2015, AT 9:00 A.M. |
| v. | ) ) | |
| OMAR VERA, JOSE MORALES CASTELLON, EDUARDO REYES, | ) ) ) | Date:   March 19, 2015 Time:   9:00 a.m. Judge:  Honorable Morrison C. England, Jr. |
| Defendant. | ) ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for March 19, 2015, at 9:00 a.m., to April 23, 2015, at 9:00 a.m.

Defense counsel require the continuance to consult with their clients about proposed plea agreements, and to negotiate with the government.  Counsel for Mr. Castellon has limited availability because he has started a trial in Superior Court.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through April 23, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED:  March 11, 2015          HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ M.Petrik_____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender
                                Attorneys for Mr. Vera


DATED:  March 11, 2015

                                /s/ M.Petrik for_____
                                KYLE RODGER KNAPP
                                Attorney for Mr. Castellon


DATED:  March 11, 2015

                                /s/ M.Petrik for_____
                                RONALD JAMES PETERS
                                Attorney for Mr. Reyes


DATED:  March 11, 2015          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for_____
                                JASON HITT
                                Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial. The Court orders the status conference rescheduled for April 23, 2015, at 9:00 a.m. The Court orders the time from the date of this order, up to and including April 23, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:  March 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT