HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-53 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MAY 21, 2015, AT 9:00 A.M. |
| v. | ) |
| OMAR VERA, JOSE MORALES CASTELLON, EDUARDO REYES, | ) Date:  April 23, 2015<br>) Time:  9:00 a.m.<br>) Judge:  Honorable Morrison C. England, Jr. |
| Defendant. | ) |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for April 23, 2015, at 9:00 a.m., to May 21, 2015, at 9:00 a.m.

Defense counsel require the continuance to consult with their clients about discovery, proposed plea agreements, and to negotiate with the government.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through May 21, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED:  April 21, 2015                    HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ M.Petrik_____
                                          MICHAEL PETRIK, Jr.
                                          Assistant Federal Defender
                                          Attorneys for Mr. Vera


DATED:  April 21, 2015

                                          /s/ M.Petrik for_____
                                          KYLE RODGER KNAPP
                                          Attorney for Mr. Castellon


DATED:  April 21, 2015

                                          /s/ M.Petrik for_____
                                          RONALD JAMES PETERS
                                          Attorney for Mr. Reyes


DATED:  April 21, 2015                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ M.Petrik for_____
                                          JASON HITT
                                          Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial. The Court orders the status conference rescheduled for May 21, 2015, at 9:00 a.m. The Court orders the time from the date of this order, up to and including May 21, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: April 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT