HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-53 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 18, 2015, AT 9:00 A.M. |
| v. | ) | |
| OMAR VERA, JOSE MORALES CASTELLON, EDUARDO REYES, | ) | Date:  May 21, 2015 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Honorable Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for May 21, 2015, at 9:00 a.m., to June 18, 2015, at 9:00 a.m.

Defense counsel require the continuance to consult with their clients about discovery and proposed plea agreements, to meet and confer, and to negotiate with the government.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through June 18, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: May 19, 2015                HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ M.Petrik_____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys for Mr. Vera


DATED:  May 19, 2015

                                   /s/ M.Petrik for_____
                                   KYLE RODGER KNAPP
                                   Attorney for Mr. Castellon


DATED:  May 19, 2015

                                   /s/ M.Petrik for_____
                                   RONALD JAMES PETERS
                                   Attorney for Mr. Reyes


DATED:  May 19, 2015               BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for_____
                                   JASON HITT
                                   Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for June 18, 2015, at 9:00 a.m. The Court orders the time from the date of this order, up to and including June 18, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: May 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT