HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-53 MCE |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 17, 2015, AT 9:00 A.M. |
| v. | ) ) | |
| OMAR VERA, JOSE MORALES CASTELLON, EDUARDO REYES, | ) ) ) | Date:    August 6, 2015 Time:    9:00 a.m. Judge:   Honorable Morrison C. England, Jr. |
| Defendants. | ) ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for August 6, 2015, at 9:00 a.m., to September 17, 2015, at 9:00 a.m.

Defense counsel require the continuance to consult with their clients about discovery and proposed plea agreements, to meet and confer, and to negotiate further with the government.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through September 17, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

-1-

1          Counsel and the defendants also agree that the ends of justice served by the Court

2     granting this continuance outweigh the best interests of the public and the defendants in a speedy

3     trial.

4     DATED: August 3, 2015          HEATHER E. WILLIAMS
                                      Federal Defender
5

6                                     /s/ M.Petrik_____
                                      MICHAEL PETRIK, Jr.
7                                     Assistant Federal Defender
                                      Attorneys for Mr. Vera
8

9     DATED:  August 3, 2015

10

11                                    /s/ M.Petrik for_____
                                      KYLE RODGER KNAPP
                                      Attorney for Mr. Castellon
12

13    DATED:  August 3, 2015

14

15                                    /s/ M.Petrik for_____
                                      RONALD JAMES PETERS
16                                    Attorney for Mr. Reyes

17
      DATED:  August 3, 2015          BENJAMIN B. WAGNER
18                                    United States Attorney

19                                    /s/ M.Petrik for_____
                                      JASON HITT
20                                    Assistant U.S. Attorney

21

22

23

24

25

26

27

28

1

**O R D E R**

2

The Court, having received, read, and considered the stipulation of the parties, and good

3

cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

4

that the failure to grant a continuance in this case would deny defense counsel reasonable time

5

necessary for effective preparation, taking into account the exercise of due diligence.  The Court

6

finds that the ends of justice served by granting the continuance outweigh the best interests of the

7

public and defendants in a speedy trial.

8

The Court orders the status conference rescheduled for September 17, 2015, at 9:00 a.m.

9

The Court orders the time from the date of this order, up to and including September 17, 2015,

10

excluded from computation of time within which the trial of this case must commence under the

11

Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

12

IT IS SO ORDERED.

13

Dated:  August 10, 2015

14

15

16

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28