KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JOSE MORALES CASTELLON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OMAR VERA,<br>JOSE MORALES CASTELLON,<br>EDUARDO REYES.<br><br>　　　　Defendants. | No. 13-CR-0053-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date:  October 8, 2015<br>Time:  9:00am.<br>Judge:  Honorable Morrison C. England |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, together with Assistant Federal Defender Michael Petrik, attorney for defendant Omar Vera, Kyle Knapp, attorney for defendant Jose Morales Castellon and Ron Peters, attorney for defendant Eduardo Reyes, that the previously-scheduled status conference, currently set for September 17, 2015, be vacated and that the matter be set for status conference on October 8, 2015 at 9:00 a.m.

　　　Counsel have conferred and this continuance is requested to allow defense counsel additional time to finalize review of plea agreements in this case, finalize defense investigation and further review the discovery in this matter.

1

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, September 15, 2015 up to and including October 8, 2015.

IT IS SO STIPULATED.

Dated:  September 15, 2015                    BENJAMIN B. WAGNER
                                              UNITED STATES ATTORNEY

                                        by:   /s/ Jason Hitts
                                              JASON HITT
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

Dated:  September 15, 2015                    /s/ Kyle Knapp
                                              KYLE KNAPP
                                              Attorney for Defendant
                                              JOSE MORALES CASTELLON

Dated:  September 15, 2015                    /s/ Michael Petrik
                                              MICHAEL PETRIK
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              OMAR VERA

Dated: September 15, 2015                     /s/ Ron Peters
                                              RON PETERS
                                              Attorney for Defendant
                                              EDUARDO REYES

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's September 17, 2015 criminal calendar and re-calendared for status conference on October 8, 2015.  Based on the representations of the parties, the Court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on September 15, 2015 through and including October 8, 2015.

IT IS SO ORDERED.

Dated:  September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT