HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-53 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 12, 2015, AT 9:00 A.M. |
| v. | ) ) | |
| OMAR VERA, JOSE MORALES CASTELLON, EDUARDO REYES, | ) ) ) | Date: October 8, 2015  Time: 9:00 a.m.  Judge: Honorable Morrison C. England, Jr. |
| Defendants. | ) ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for October 8, 2015, at 9:00 a.m., to November 12, 2015, at 9:00 a.m.

Defense counsel require the continuance to consult with their clients about discovery and proposed plea agreements, to meet and confer, and to negotiate further with the government.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through November 12, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

1    Counsel and the defendants also agree that the ends of justice served by the Court
2 granting this continuance outweigh the best interests of the public and the defendants in a speedy
3 trial.

4 DATED: October 6, 2015                HEATHER E. WILLIAMS
                                         Federal Defender
5
                                         /s/ M.Petrik
6                                        MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender
7                                        Attorneys for Mr. Vera
8
9 DATED:  October 6, 2015
10
                                         /s/ M.Petrik for
11                                       KYLE RODGER KNAPP
                                         Attorney for Mr. Castellon
12
13 DATED:  October 6, 2015
14
                                         /s/ M.Petrik for
15                                       RONALD JAMES PETERS
                                         Attorney for Mr. Reyes
16
17
   DATED:  October 6, 2015               BENJAMIN B. WAGNER
18                                       United States Attorney
19
                                         /s/ M.Petrik for
20                                       JASON HITT
                                         Assistant U.S. Attorney
21

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial. The status conference is rescheduled for November 12, 2015, at 9:00 a.m., and the time from the date of this order, up to and including November 12, 2015, is excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:  October 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT