HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
OMAR VERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-53 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 17, 2015, AT 9:00 A.M. |
| v. | ) |
| OMAR VERA, JOSE MORALES CASTELLON, EDUARDO REYES, | ) Date: November 12, 2015<br>) Time: 9:00 a.m.<br>) Judge: Honorable Morrison C. England, Jr. |
| Defendants. | ) |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for November 12, 2015, at 9:00 a.m., to December 17, 2015, at 9:00 a.m.

Defense counsel require the continuance to consult with their clients about discovery and proposed plea agreements, to meet and confer, and to negotiate further with the government.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through December 17, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

///

///

///

1  Counsel and the defendants also agree that the ends of justice served by the Court
2  granting this continuance outweigh the best interests of the public and the defendants in a speedy
3  trial.

4  DATED: November 10, 2015                    HEATHER E. WILLIAMS
5                                              Federal Defender

6                                              /s/ M.Petrik_____
                                               MICHAEL PETRIK, Jr.
7                                              Assistant Federal Defender
                                               Attorneys for Mr. Vera
8

9  DATED:  November 10, 2015
10
                                               /s/ M.Petrik for_____
11                                             KYLE RODGER KNAPP
                                               Attorney for Mr. Castellon
12

13  DATED:  November 10, 2015
14
                                               /s/ M.Petrik for_____
15                                             RONALD JAMES PETERS
                                               Attorney for Mr. Reyes
16

17
    DATED:  November 10, 2015                  BENJAMIN B. WAGNER
18                                             United States Attorney

19                                             /s/ M.Petrik for_____
                                               JASON HITT
20                                             Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for December 17, 2015, at 9:00 a.m. The Court orders the time from the date of this order, up to and including December 17, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:  November 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT