KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
JOSE MORALES CASTELLON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-CR-0053-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | |
| OMAR VERA, JOSE MORALES CASTELLON, EDUARDO REYES. | Date:   January 28, 2016<br>Time:  9:00am.<br>Judge:  Honorable Morrison C. England |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, together with Assistant Federal Defender Michael Petrik, attorney for defendant Omar Vera, Kyle Knapp, attorney for defendant Jose Morales Castellon and Ron Peters, attorney for defendant Eduardo Reyes, that the previously-scheduled status conference, currently set for December 17, 2015, be vacated and that the matter be set for status conference on January 28, 2016 at 9:00 a.m.

Counsel have conferred and this continuance is requested to allow defense counsel additional time to finalize review of plea agreements in this case, finalize defense investigation and further review the discovery in this matter.

        IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, December 14, 2015 up to and including January 28, 2016.

IT IS SO STIPULATED.

Dated:  December 14, 2015                       BENJAMIN B. WAGNER
                                                UNITED STATES ATTORNEY

                                      by:       /s/ Jason Hitts
                                                JASON HITT
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

Dated:  December 14, 2015                       /s/ Kyle Knapp
                                                KYLE KNAPP
                                                Attorney for Defendant
                                                JOSE MORALES CASTELLON

Dated:  December 14, 2015                       /s/ Michael Petrik
                                                MICHAEL PETRIK
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                OMAR VERA

Dated: December 14, 2015                        /s/ Ron Peters
                                                RON PETERS
                                                Attorney for Defendant
                                                EDUARDO REYES

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's December 17, 2015, criminal calendar and re-calendared for status conference on January 28, 2016.  Based on the representations of the parties, the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on December 14, 2015 through and including January 28, 2016.

IT IS SO ORDERED.

Dated:  January 11, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT