KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JOSE MORALES CASTELLON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 13-CR-0053-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | ) |
| OMAR VERA, JOSE MORALES CASTELLON, EDUARDO REYES. | ) Date:  May 5, 2016<br>) Time:  9:00am.<br>) Judge:  Honorable Morrison C. England |
| Defendants. | ) |

     IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, together with Assistant Federal Defender Michael Petrik, attorney for defendant Omar Vera, Kyle Knapp, attorney for defendant Jose Morales Castellon and Ron Peters, attorney for defendant Eduardo Reyes, that the previously-scheduled status conference, currently set for March 10, 2016, be vacated and that the matter be set for status conference on May 5, 2016 at 9:00 a.m.

     Counsel have conferred and this continuance is requested to allow defense counsel additional time to finalize review of plea agreements in this case, finalize defense investigation and review the discovery in this matter.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, March 8, 2016 up to and including May 5, 2016.

IT IS SO STIPULATED.

Dated:  March 8, 2016                             BENJAMIN B. WAGNER
                                                   UNITED STATES ATTORNEY

                                          by:     /s/ Jason Hitts
                                                   JASON HITT
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

Dated:  March 8, 2016                              /s/ Kyle Knapp
                                                   KYLE KNAPP
                                                   Attorney for Defendant
                                                   JOSE MORALES CASTELLON

Dated:  March 8, 2016                              /s/ Michael Petrik
                                                   MICHAEL PETRIK
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   OMAR VERA

Dated: March 8, 2016                               /s/ Ron Peters
                                                   RON PETERS
                                                   Attorney for Defendant
                                                   EDUARDO REYES

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's March 10, 2016 criminal calendar and re-calendared for status conference on May 5, 2016.  Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on May 8, 2016 through and including May 5, 2016.

   IT IS SO ORDERED.

Dated:  March 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT