HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
OMAR VERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-53 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 25, 2016, AT 10:00 A.M. |
| v. | ) ) | |
| OMAR VERA AND EDUARDO REYES, | ) ) ) | Date: July 28, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendants. | ) ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for July 28, 2016, at 10:00 a.m., to August 25, 2016, at 10:00 a.m.

Defense counsel requires the continuance to consult with their clients about discovery and proposed plea agreements, to meet and confer, and to negotiate further with the government.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through August 25, 2016, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

///

///

///

1  Counsel and the defendants also agree that the ends of justice served by the Court
2  granting this continuance outweigh the best interests of the public and the defendants in a speedy
3  trial.

4  DATED: July 27, 2016                    HEATHER E. WILLIAMS
                                           Federal Defender
5
6                                          /s/ M.Petrik_____
                                           MICHAEL PETRIK, Jr.
7                                          Assistant Federal Defender
                                           Attorneys for Mr. Vera
8

9  DATED: July 27, 2016                    /s/ M.Petrik for_____
                                           JESSE ORTIZ
10                                         Attorney for Mr. Reyes
11

12 DATED: July 27, 2016                    PHILLIP A. TALBERT
                                           Acting United States Attorney
13
14                                         /s/ M.Petrik for_____
                                           JASON HITT
15                                         Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for August 25, 2016, at 10:00 a.m. Time from the date of this order, up to and including August 25, 2016, is excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE