1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant
    OMAR VERA
6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Case No. 13-53 MCE
                                     )
11                    Plaintiff,     )   STIPULATION AND ORDER TO CONTINUE
                                     )   STATUS CONFERENCE TO OCTOBER 20,
12        v.                         )   2016, AT 10:00 A.M.
                                     )
13  OMAR VERA,                       )   Date:    September 29, 2016
                                     )   Time:    10:00 a.m.
14                    Defendant.     )   Judge:   Hon. Morrison C. England, Jr.
                                     )
15  _____)

16

17          The parties stipulate, through respective counsel, that the Court should continue the status

18  conference set for September 29, 2016, at 10:00 a.m., to October 20, 2016, at 10:00 a.m.

19          Defense counsel requires the continuance to consult with his client about discovery and a

20  proposed plea agreement, and to negotiate further with the government.

21          Counsel and the defendant agree that the Court should exclude the time from the date of

22  this order through October 20, 2016, when it computes the time within which trial must

23  commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

24  / / /

25  / / /

26  / / /

27

28

Stipulation to Continue                    -1-                              13-53 MCE

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3    DATED: September 28, 2016          HEATHER E. WILLIAMS
                                        Federal Defender
4

5                                       /s/ M.Petrik_____
                                        MICHAEL PETRIK, Jr.
6                                       Assistant Federal Defender
                                        Attorneys for Mr. Vera
7

8    DATED: September 28, 2016          PHILLIP A. TALBERT
                                        Acting United States Attorney
9

10                                      /s/ M.Petrik for_____
                                        JASON HITT
11                                      Assistant U.S. Attorney

12                          **O R D E R**

13   The Court, having received, read, and considered the stipulation of the parties, and good

14   cause appearing, adopts the stipulation in its entirety as its order.  It specifically finds that the

15   failure to grant a continuance in this case would deny defense counsel reasonable time necessary

16   for effective preparation, taking into account the exercise of due diligence.  The Court further

17   finds that the ends of justice served by granting the continuance outweighs the best interests of

18   the public and defendant in a speedy trial.  The status conference is hereby rescheduled for

19   October 20, 2016, at 10:00 a.m.  Time from the date of the parties' stipulation, up to and

20   including October 20, 2016, is excluded from computation of time within which the trial of this

21   case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local

22   Code T4.

23   IT IS SO ORDERED.

24   Dated:  September 29, 2016

25

26                                      _____
                                        MORRISON C. ENGLAND, JR
27                                      UNITED STATES DISTRICT JUDGE

28