HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
OMAR VERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-53 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 17, 2016, AT 10:00 A.M. |
| v. | ) | |
| OMAR VERA, | ) | Date:    October 20, 2016 |
| Defendant. | ) | Time:    10:00 a.m. |
| | ) | Judge:   Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for October 20, 2016, at 10:00 a.m., to November 17, 2016, at 10:00 a.m.

Defense counsel requires the continuance to consult with his client about discovery and a proposed plea agreement, and to negotiate further with the government.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through November 17, 2016, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 19, 2016       HEATHER E. WILLIAMS
                              Federal Defender

                              /s/ M.Petrik
                              MICHAEL PETRIK, Jr.
                              Assistant Federal Defender
                              Attorneys for Mr. Vera


DATED: October 19, 2016       PHILLIP A. TALBERT
                              Acting United States Attorney

                              /s/ M.Petrik for
                              JASON HITT
                              Assistant U.S. Attorney

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  It specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for November 17, 2016, at 10:00 a.m. The Court orders the time from the date of this order, up to and including November 17, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:  November 1, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE