HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
OMAR VERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-53 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 15, 2016, AT 10:00 A.M. |
| v. | ) ) | |
| OMAR VERA, | ) ) | Date:   November 17, 2016 Time:   10:00 a.m. |
| Defendant. | ) ) ) | Judge:  Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for November 17, 2016, at 10:00 a.m., to December 15, 2016, at 10:00 a.m.

Defense counsel requires the continuance to consult with his client about discovery and a proposed plea agreement, and to negotiate further with the government.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through December 15, 2016, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

///

///

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 16, 2016					HEATHER E. WILLIAMS
								Federal Defender

								/s/ M.Petrik
								MICHAEL PETRIK, Jr.
								Assistant Federal Defender
								Attorneys for Mr. Vera


DATED: November 16, 2016					PHILLIP A. TALBERT
								Acting United States Attorney

								/s/ M.Petrik for
								JASON HITT
								Assistant U.S. Attorney

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The status conference is rescheduled for December 15, 2016, at 10:00 a.m. The Court orders the time from the date of this order, up to and including December 15, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: November 22, 2016

								MORRISON C. ENGLAND, JR
								UNITED STATES DISTRICT JUDGE